# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                          CASE NO. 8:01-CR-294-T-EAK-MAP

RIGOBERTO GARCIA-GONZALEZ
_____/

## ORDER

This cause comes before the Court on the defendant's motion for sentence relief under the federal prison bureau non-violent offender relief act of 2003 (Doc. 489).

The Court has reviewed the motion and done independent research on this issue. The Court finds that the Federal Prison Bureau Nonviolent Offender Relief Act of 2003 is not a validly enacted federal law, but a bill on which neither house of the U.S. Congress voted. Federal Prison Bureau Nonviolent Offender Relief Act of 2003, H.R 3575, 108th Cong. (2003) (the "Relief Bill"). Similar bills have been presented in subsequent sessions of Congress and none of these have received a full vote by either the House of Representatives or the Senate. *See* Federal Prison Bureau Nonviolent Offender Relief Act of 2005, H.R. 256, 109th Cong. (2005); Federal Prison Bureau Nonviolent Offender Relief Act of 2007, H.R. 261, 110th Cong. (2007); Federal Prison Bureau Nonviolent Offender Relief Act of 2009, H.R. 61, 111th Cong. (2009). The current incarnation of the Relief Bill, the Federal Prison Bureau Nonviolent Offender Relief Act of 2011, H.R 223, 112th Cong. (2011), has been referred to the Committee on the Judiciary of the House of Representatives, and has not been passed by either house of Congress. Accordingly, it is.

**ORDERED** that defendant's motion for sentence relief under the federal prison bureau non-violent offender relief act of 2003 (Doc. 489) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 11th day of September, 2013.



Copies furnished to: All Counsel of Record
                             U.S. Marshal's Office-Tampa Division